**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

             Plaintiff,

             v.

**RICARDO SAUCEDA MONTOYA**

             Defendant.

Case No.: 2:19-MJ-154-AC

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Ricardo Sauceda Montoya | |
| Detained at | Santa Clara County Main Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: a violation of 21 U.S.C. §§ 846, 841(a)(1). |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *James R. Conolly* |
| Printed Name & Phone No: | James R. Conolly, AUSA. Tel: 916.554.2705 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as ANY FEDERAL AGENT for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: 2/21/2020 | /s/ Carolyn K. Delaney |
| | Honorable Carolyn K. Delaney |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒Male | ☐Female |
| Booking or CDC #: | PFN: DUF202  CEN: 20003529 | DOB: | 1989 |
| Facility Address: | 150 West Hedding Street, San Jose, CA | Race: | |
| Facility Phone: | (408) 299-2306 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                                                         (signature)